UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TADEO ARREGLO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 6:09-CV-2119-ORL-35 KRS

SAN VILLA SHIP MANAGEMENT CO.,
and JOSE VILLANUEVA,
and GENCOR INDUSTRIES, INC.,

    Defendants.

_____/

**Memorandum to Court**

    Plaintiff, TADEO ARREGLO and Defendants, SAN VILLA SHIP MANAGEMENT CO., and JOSE VILLANUEVA, submit this Memo to the Court for the purpose of advising the Court of recent events that may have bearing on the Judge's decision as it relates to the pending Motion For Relief.

    The parties have conferred with the Solicitor Generals office. The government has agreed to cooperate with the parties if certain conditions are met. The parties have agreed to these conditions. The parties believe all matters will be resolved within thirty (30) days.

                                                  Respectfully Submitted,

                                                 BY: /s/ Eric D. Frommer
                                                 ERIC D. FROMMER
                                                 FLA. BAR NO.: 0023163
                                                 Fisher & Frommer, PLLC
                                                 270 Waymont Court, Suite 110
                                                 Lake Mary, Florida 32746
                                                 Telephone: 407-330-9664
                                                 Facsimile: 407-330-9644
                                                 efrommer@fisherfrommer.com
                                                 Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished via U.S. Mail and via the Courts CM/ECF electronic filing system on this the 1st day of March, 2011, to John Y. Benford, Esq., at Benford Gluckman PL, 20 North Orange Ave., Suite 700, Orlando, FL 32801

Dated: March 1, 2010                   /s/ Eric D. Frommer\_\_\_
                                                   Eric D. Frommer