**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TADEO ARREGLO,**

         **Plaintiff,**

**-vs-**                                                 **Case No. 6:09-cv-2119-Orl-KRS**

**SAN VILLA SHIP MANAGEMENT CO.**
**and JOSE VILLANUEVA,**

         **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR RELIEF (Doc. No. 26)**
>
> **FILED:** February 25, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Plaintiff asks that the Court enlarge the deadlines in the Amended Case Management and Scheduling Order or abate the deadlines until matters can be resolved with the Department of Labor. He represents that the "parties have essentially settled the matters, but are unable to conclude the terms of the agreement due to the facts that the settlement funds are to be paid out of the money the DOL is withholding." Doc. No. 26 at 2.

Based on these representations, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE